Misc. No. 14–8011/AR. John Edmond Hatley, Appellant v. United States, Appellee. CCA 20131070. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 14–0114/NA. U.S. v. Justin H. McMurrin. CCA 200900475. On consideration of Appellant's petition for reconsideration of the Court's order issued on February 28, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0448/AR. U.S. v. Anthony M. Stanczyk. CCA 20110438. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 14, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0477/NA. U.S. v. Warren J. White. CCA 201300115. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 16, 2014.

No. 14–0483/AF. U.S. v. Steven J. Holsey. CCA 38306. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2014.

Wednesday, April 2, 2014

No. 14–6008/AF. U.S., Appellant v. Steven E. Seton, Appellee. CCA 2013–27. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY DISMISSING WITH PREJUDICE THE CHARGE AND SPECIFICATION BASED ON ALLEGED GOVERNMENTAL VIOLATIONS OF ARTICLE 46, UCMJ, R.C.M. 701, AND R.C.M. 703.